1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRENT R. LETT,

11            Plaintiff,

12        vs.                          No. 2:12-cv-2265 TLN GGH PS

13
     CALIFORNIA DEPARTMENT OF
14   REHABILITATION, et al.,

15            Defendants.              FINDINGS & RECOMMENDATIONS

16   _____/

17            By order filed November 21, 2012, plaintiff's complaint was dismissed and

18   twenty-eight days leave to file an amended complaint was granted.  In that order, the court

19   informed plaintiff of the deficiencies in his complaint.  The twenty-eight day period has now

20   expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's

21   order.

22            Plaintiff has apparently decided to rest on the dismissed complaint.  For the

23   reasons given in the November 21, 2012, order, IT IS HEREBY RECOMMENDED that this

24   action be dismissed with prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

25            These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 11, 2013

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE

GGH:076/Lett2265.fta.wpd